# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NVE BANK,**<br><br>        Plaintiff,<br><br>    v.<br><br>**M&P RE, LLC,** *et al.***,**<br><br>        Defendants. | **Case No. 19–cv–12829–MCA–ESK** |
| **NVE BANK,**<br><br>        Plaintiff,<br><br>    v.<br><br>**M&P RE, LLC,** *et al.***,**<br><br>        Defendants. | **Case No. 19–cv–12860–MCA–ESK**<br><br>**ORDER** |

   **THIS MATTER** having come before the Court for a telephone status conference on August 24, 2020; and the parties having filed a joint status letter on August 1, 2020 (ECF No. 53); and defendants having filed a request (ECF No. 52), purportedly under Local Rule 7.1(d)(5), for an extension of time to file an opposition to plaintiffs' motion for summary judgment (Motion) (ECF No. 43); and for good cause shown,

   **IT IS** on this   **24th** day of **August 2020**   **ORDERED** that:

   1.   Defendants' opposition to the Motion shall be filed by **September 8, 2020**. Plaintiffs' reply to the opposition shall be filed by **September 24, 2020**. The Motion is set for October 16, 2020.

                                                               */s/ Edward S. Kiel*
                                                               **EDWARD S. KIEL**
                                                               **UNITED STATES MAGISTRATE JUDGE**